United States District Court

Eastern District of California

Craig Wilson,

        Petitioner,                   No. Civ. S 05-0950 DFL PAN P

  vs.                                   Order

Bill Lockyear, Attorney General,

        Respondent.

-oOo-

    Petitioner, a state prisoner with counsel, has applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the $5 filing fee pursuant to 28 U.S.C. § 1914(a).

    Petitioner names as respondent Bill Lockyear, Attorney General for the State of California. The proper respondent is "the state officer who has custody" of petitioner, who typically is the warden of the prison where petitioner is confined. Rule 2(a), Rules Governing § 2254 Cases; Advisory Committee Notes to Rule 2(a).

1  Accordingly, petitioner has 30 days from the date this order
2  is signed to file an amended petition naming the proper
3  respondent.  Otherwise this action will be dismissed without
4  prejudice.
5  So ordered.
6  Dated:  June 2, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge