United States District Court

Eastern District of California

Craig Wilson,

       Petitioner,                    No. Civ. S 05-0950 DFL PAN P

  vs.                             Findings and Recommendations

Bill Lockyear, Attorney General,

       Respondent.

-oOo-

    Petitioner, a state prisoner with counsel, challenges a judgment of the Solano County Superior Court pursuant to which he is on probation. <u>See</u> 28 U.S.C. § 2254.

    June 3, 2005, the court directed petitioner to file an amended petition because he named as respondent Bill Lockyear, Attorney General for the State of California. The court informed petitioner the proper respondent is "the state officer who has custody" of petitioner. Rule 2(a), Rules Governing § 2254 Cases; Advisory Committee Notes to Rule 2(a). The advisory committee

notes to Rule 2(a) state that when an applicant is on probation pursuant to the state judgment he is attacking, "[t]he named respondents shall be the particular probation officer . . . responsible for supervising the applicant, and the official in charge of the . . . probation agency, or the state correctional agency, as appropriate."

June 8, 2005, petitioner filed an amended petition naming as respondent a judge of the Solano County Superior Court.

Petitioner has failed to comply with the June 3, 2005, order.

Accordingly, I hereby recommend this action be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  August 4, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge