United States District Court

Eastern District of California

Craig Wilson,

       Petitioner,                                 No. Civ. S 05-0950 DFL PAN P

    vs.                                                    Order

Dwight C. Ely,
Judge of the Solano
County Superior Court,

       Respondent.

                                  -oOo-

    May 13, 2005, petitioner, through counsel, paid the filing fee and filed a petition for a writ of habeas corpus naming Bill Lockyear as respondent.  <u>See</u> 28 U.S.C. § 2254.  June 3, 2005, the court directed petitioner to file an amended petition naming the proper custodian pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases.  June 8, 2005, petitioner filed an amended petition naming Dwight C. Ely, Judge of the Solano County Superior Court as respondent.

    August 5, 2005, the court found petitioner failed to comply with the June 3, 2005, order and recommended this action be dismissed.

1     Petitioner filed objections explaining he is on court
2 probation pursuant to California Penal Code § 1203(b), which
3 requires him to report directly to the court.  No probation
4 officer is responsible for supervising or accounting for
5 petitioner.  Cal. Pen. Code § 1203(b).
6     For this court to have jurisdiction petitioner must be in
7 custody.  28 U.S.C. § 2254(a); <u>Maleng v. Cook</u>, 490 U.S. 488, 490-
8 91 (1989).  At a minimum, petitioner must be "subject to
9 restraints not shared by the public generally."  <u>Hensley v.
10 Municipal Court, San Jose Milpitas Judicial District</u>, 411 U.S.
11 345, 351 (1973).
12     Since petitioner's sentence has been suspended and he is not
13 under the supervision of a probation officer it is not clear his
14 liberty is so curtailed as to constitute custody for purposes of
15 the federal habeas statute.
16     Accordingly, the August 5, 2005, findings and
17 recommendations are vacated and petitioner has 30 days from the
18 date this order is signed to explain how the conditions of his
19 probation may entitle him to federal habeas corpus relief.
20     So ordered.
21     Dated:  November 29, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge