1

2

3

4

5

6

7

8                                      IN THE UNITED STATES DISTRICT COURT

9                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   **CRAIG WILSON,**                                    CIV S-05-0950-DFL PAN P

12                                        Petitioner,     ~~**PROPOSED**~~ **ORDER**
                                                          **GRANTING RESPONDENT'S**
13                                                        **MOTION FOR EXTENSION**
                                                          **OF TIME TO FILE ANSWER**
14            **v.**                                      **TO PETITION FOR WRIT OF**
                                                          **HABEAS CORPUS OR**
15   **BILL LOCKYER, et al.,**                            **OTHERWISE RESPONSIVE**
                                                          **PLEADING**
16                                       Respondent.

17           Upon motion of respondent and for good cause shown, the deadline for filing respondent's

18

19   answer or otherwise responsive pleading is extend until Monday, July 3, 2006.

20   DATED: May 25, 2006.

21

22                                          _John T. Window_

23                                        UNITED STATES MAGISTRATE JUDGE

24   \004
     \wils0950.36
25

26

27

28